# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0254.  IN RE ARI BEY f/k/a ARIELLE MCKENZIE.**

This is an appeal filed by Arielle McKenzie ("Appellant"), after the trial court granted her petition to change her name to Ari Bey. Specifically, the Appellant challenges the failure of the trial court to rule on the portion of her petition to change her "race/nationality[.]"

The Appellant filed a verified petition for name change and "race/nationality" in March 2018. After a hearing in May 2018, the trial court granted the Appellant's petition to change her name but did not rule on the portion of her petition to change her race or her nationality. The Appellant subsequently filed an appeal "arguably directed" to the United States Supreme Court, and the Supreme Court of Georgia transferred this case to this Court.[1]

Upon review of the record, the trial court did not address the aspect of the Appellant's petition to change her race or her nationality. Since the trial court has not ruled on the matter, it is not an appropriate issue to be addressed on appeal.[2]

> The tenet that the appellate courts do not rule on issues not ruled on by the trial courts preserves the appellate courts' jurisdiction and delineates

---

[1] Supreme Court Order, Case No. S18A1446, S18A1147, dated August 2, 2018.

[2] See *City of Gainesville v. Dodd*, 275 Ga. 834, 838 (573 SE2d 369) (2002) ("An appellate court, among other things, is a court for the correction of errors.") (citation omitted).

the proper roles of the courts at the trial and appellate levels. The primary role of the appellate courts, and, in general, their jurisdiction, is properly preserved only when there is a ruling below.[3]

In light of the foregoing, we remove this appeal from our docket, and remand this case to the trial court to issue an order on the Appellant's petition to change her race and nationality and to supplement the record accordingly. Upon entry of such order, the Appellant shall have 30 days from that date to re-file a notice of appeal, and after the filing of such notice of appeal, the case with the complete record may be transmitted to the Court of Appeals for redocketing.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  04/11/2019*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[3] Id.; see also *Atlanta Taxicab Co. Owners Assn v. City of Atlanta*, 281 Ga. 342, 352 (5) (638 SE2d 307) (2006).